State of Florida, *ex rel.* James M. Hanna, Relator, v. J. M. Lee, as Comptroller of the State of Florida, Respondent.

Cause dismissed on motion of counsel for Relator.

*Wm. Blount Myers* and *William K. Whitfield* (of Talla-hassee), for Relator.

*Cary D. Landis,* Attorney General, for Respondent.